UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:17-CR-306 |
| | ) |
| v. | ) UNDER SEAL |
| | ) |
| TIMOTHY DWAYNE BOWENS, ET AL | ) **ORDER TO SEAL PORTIONS OF THE** |
| | ) **FIRST SUPERSEDING INDICTMENT** |
| | ) |

UPON MOTION of the United States of America, by and through **Jill Westmoreland Rose**, United States Attorney for the Western District of North Carolina, for an order directing that portions of the First Superseding Indictment, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this Court,

**IT IS HEREBY ORDERED** that the First Superseding Indictment, as it relates to the names of the following defendants: **(7) MELANIE JANE GRIFFIN a/k/a "JANE AYCOTH," (8) STEVIE GWYN LANG, (9) JAMES RUSSELL MOORE a/k/a "RUSTY," and (10) MICHAEL ANTHONY TILLMAN,** be sealed until further order of this Court.

**IT IS ALSO HEREBY ORDERED** that the Motion to Seal and this Order, be sealed until further order of this Court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 15th day of **November, 2017**.

_____
THE HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE